■ In the Matter of DANIEL P. FOSTER et al., Appellants, v SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.—Application for a writ of prohibition denied, the cross motion granted, the petition dismissed and the notice of appeal from an order of Supreme Court, New York County, entered on March 28, 1986, dismissed as nonappealable, all without costs and without disbursements. No opinion. Concur —Sandler, J. P., Ross, Asch, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD GRIFFEN, Appellant.—Judgment, Supreme Court, Bronx County (Eugene Nardelli, J.), rendered on August 1, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Fein and Ellerin, JJ.